UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JACOB CYTACKI,** *Individually, and on behalf of others similarly situated,*<br><br>    *Plaintiff*<br><br>**VERSUS**<br><br>**NIGHTHAWK COMPLETION SERVICES, LLC**<br><br>    *Defendant* | **CIVIL ACTION NO. 7:23-CV-00085-DC-RCG** |

### JOINT MOTION TO STAY PENDING ARBITRATON

Jacob Cytacki ("Plaintiff" or "Cytacki") and Nighthawk Completion Services, LLC ("Defendant" or "Nighthawk") jointly move this Court to stay this suit to allow the parties to arbitrate Cytacki's claims, and in support of this motion, further state as follows:

1.

On June 13, 2023, Cytacki filed the instant lawsuit and asserted individual and collective action claims against Nighthawk for alleged violation of the Fair Labor Standards Act ("FLSA") (Rec. Doc. 1).

2.

On September 2, 2023, Nighthawk filed a Motion to Dismiss and to Compel Individual Arbitration (Rec. Doc. 7) ("Motion to Dismiss").

1

3.

Cytacki's claims are governed by the terms of a mutual agreement to arbitrate and to resolve claims on an individual basis, and Cytacki has agreed to arbitrate his individual FLSA claims. Accordingly, the parties wish to stay this case to allow for the arbitration of Cytacki's individual FLSA claims.

**WHEREFORE,** for the reasons cited above, Jacob Cytacki and Nighthawk Completion Services, LLC jointly request that this Honorable Court stay this suit to allow the parties to proceed with arbitration of Cytacki's individual FLSA claims.

Respectfully submitted,

*/s/ Brandon C. Callahan*
Fernando M. Bustos; SBN:  24001819
fbustos@bustoslawfirm.com
Brandon C. Callahan; SBN:  24096175
bcallahan@bustoslawfirm.com
Matthew N. Zimmerman; SBN:  24100386
mzimmerman@bustoslawfirm.com
BUSTOS LAW FIRM, P.C.
Post Office Box 1980
Lubbock, Texas  79408-1980
Telephone:  (806) 780-3976
Facsimile:  (806) 780-3800

***Attorneys for Plaintiff, Jacob Cytacki***

4892-5241-4590 v1

/s/ Erin L. Kilgore
Erin Lutkewitte Kilgore (#31244)
erin.kilgore@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
Post Office Box 3513
Baton Rouge, Louisiana  70821-3513
Telephone:  (225) 387-0999
Fax:  (225) 388-9133

And

April L. Walter (TX #24052793)
april.walter@keanmiller.com
**KEAN MILLER LLP**
1400 Woodloch Forest Drive, Suite 400
The Woodlands, Texas  77380
Telephone:  (832) 494-1711
Fax:  (888) 781-0162

*Attorneys for Nighthawk Completion Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system.  I also certify that a copy of the above and foregoing has been served on opposing counsel by notification of the CM/ECF system.

Baton Rouge, Louisiana, this 14th day of September, 2023.

*/s/ Erin L. Kilgore*
Erin L. Kilgore

3

4892-5241-4590 v1