UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JACOB CYTACKI,** *Individually, and on behalf of others similarly situated,*<br><br>　　　*Plaintiff*<br><br>**VERSUS**<br><br>**NIGHTHAWK COMPLETION SERVICES, LLC**<br><br>　　　*Defendant* | **CIVIL ACTION NO. 7:23-CV-00085-DC-RCG** |

## JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL OF ALL CLAIMS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Jacob Cytacki, and defendant, Nighthawk Completion Services, LLC ("Nighthawk"), who hereby represent to the Court that they have resolved the issues in this matter in their entirety and respectfully request: (a) that the Court approve the Parties' Settlement and Release Agreement under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*. ("FLSA"), and (b) dismiss this lawsuit with prejudice.  In support of this motion, the Parties submit: (1) the attached Memorandum in Support, and (2) the Parties' Settlement and Release Agreement, which the Parties have requested be filed under seal, in keeping with their agreement to maintain the confidentiality of the amount and terms of the settlement.

For the reasons stated in the Parties' Memorandum in Support, Cytacki and Nighthawk jointly request that the Court enter an order approving the Parties' settlement and release agreement and dismissing this action with prejudice.

        Respectfully Submitted:

        */s/ Brandon C. Callahan*
        Fernando M. Bustos; SBN: 24001819
        fbustos@bustoslawfirm.com
        Brandon C. Callahan; SBN: 24096175
        bcallahan@bustoslawfirm.com
        Matthew N. Zimmerman; SBN: 24100386
        mzimmerman@bustoslawfirm.com
        BUSTOS LAW FIRM, P.C.
        Post Office Box 1980
        Lubbock, Texas 79408-1980
        Telephone: (806) 780-3976
        Facsimile: (806) 780-3800

        ***Attorneys for Plaintiff, Jacob Cytacki***


        */s/ Erin L. Kilgore*
        Erin Lutkewitte Kilgore (#31244)
        erin.kilgore@keanmiller.com
        **KEAN MILLER LLP**
        400 Convention Street, Suite 700
        Post Office Box 3513
        Baton Rouge, Louisiana 70821-3513
        Telephone: (225) 387-0999
        Fax: (225) 388-9133

        And

        April L. Walter (TX #24052793)
        april.walter@keanmiller.com
        **KEAN MILLER LLP**
        1400 Woodloch Forest Drive, Suite 400
        The Woodlands, Texas 77380
        Telephone: (832) 494-1711
        Fax: (888) 781-0162

        ***Attorneys for Nighthawk Completion Services, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

               /s/  Erin L. Kilgore
                Erin L. Kilgore

4853-5508-7301 v1