UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

JACOB CYTACKI,
*Individually, and on behalf of others similarly situated,*

    *Plaintiff*,

v.                                            CIVIL ACTION NO. 7:23-CV-00085-DC-RCG

NIGHTHAWK COMPLETION
SERVICES, LLC

    *Defendant.*

## ORDER

CONSIDERING the Parties' Joint Motion to Approve Settlement and for Dismissal of All Claims, and after evaluating the settlement and release agreement between the Parties, and finding the agreement to be fair and reasonable and approving same under the Fair Labor Standards Act;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Parties' Joint Motion to Approve Settlement and for Dismissal of All Claims is granted, and that the instant action is dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs (except as otherwise agreed in the Parties' Settlement and Release Agreement).

SIGNED this 13th day of June, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE